AARON D. FORD
  Attorney General
CECELIA J. BLUE, Bar No. 17031C
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1114
E-mail: cblue@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PEREZ,<br><br>                    Plaintiff,<br><br>v.<br><br>ZOBIE, *et al.*,<br><br>                    Defendants. | Case No. 3:25-cv-00047-ART-CSD<br><br>ORDER GRANTING<br>**MOTION TO EXTEND 90-DAY STAY** |

Pursuant to this Court's 90-day Stay Report Form (ECF No. 5, 15:5-8) and Order (ECF No. 5), Interested Party, the Nevada Department of Corrections ("NDOC"), by and through Counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Cecelia J. Blue, Deputy Attorney General, Office of the Attorney General, hereby move to extend the 90-day stay in this matter to February 4, 2026.

The parties attended an Early Mediation Conference on October 23, 2025, agreed to settle the case, and entered into a fully executed Settlement Agreement. The parties request time to: (a) perform under the terms of the Agreement and (b) file the Stipulation and Order to Dismiss with Prejudice.

///

///

///

///

///

Page **1**

Accordingly, the Interested Party respectfully requests this Court extend the 90-day stay to February 4, 2026. The Interested Party filed a **Report of the Attorney General Re: Results of 90-day Stay** (ECF No. 11) on October 24, 2025, indicating the matter settled.

DATED this 24th day of October 2025.

                                AARON D. FORD
                                Attorney General

                         By:    /s/ Cecelia J. Blue
                                CECELIA J. BLUE, Bar No. 17031C
                                Deputy Attorney General

                                *Attorneys for Interested Party*

IT IS SO ORDERED.

Dated: October 24, 2025

                                              _____
                                              Craig S. Denney
                                              United States Magistrate Judge